# MEMORANDUM DECISIONS

DILBY v. STATE. (No. 6603.) (Court of Criminal Appeals of Texas. Jan. 18, 1922.) Appeal from Criminal District Court, Tarrant County; Geo. E. Hosey, Judge. B. H. Dilby was convicted of theft of property, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for the theft of property of the value of more than $50; punishment assessed at confinement in the penitentiary for two years. No statement of facts or bills of exception appear in the record. The indictment is in regular form, properly charging the offense, and no error is apparent from the record which would necessitate a reversal. The judgment of the trial court is affirmed.

---

EPPERSON v. STATE. (No. 6483.) (Court of Criminal Appeals of Texas. Dec. 7, 1921. Rehearing Denied Jan. 11, 1922.) Appeal from Williamson County Court; F. D. Love, Judge. Cleveland Epperson was convicted for misdemeanor theft, and he appeals. Affirmed. W. C. Wofford, of Taylor, for appellant. Dan Moody, Co. Atty., of Taylor, and R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction was for misdemeanor theft. Punishment $25 fine and 30 days in jail. This is a companion case to No. 6482, Orange Edwards v. State, 235 S. W. 890, decided November 30, 1921. The appellant is the other party referred to in the opinion in that case. The facts are identical. There was a confession in this case also. The evidence is sufficient to support the conviction. The judgment of the trial court is affirmed.

---

Ex parte GREEN. (No. 6300.) (Court of Criminal Appeals of Texas. Jan. 18, 1922.) Appeal from District Court, McLennan County; Richard I. Munroe, Judge. From an order adjudging him in contempt of court, W. T. Green appeals. Appeal dismissed. R. H. Hamilton, Asst. Atty. Gen., for the State.

LATTIMORE, J. This is an appeal from an order of the district court of McLennan county adjudging appellant in contempt for his refusal to answer certain questions when a witness before the grand jury. It is made to appear, by an admission of the Assistant Attorney General on file herein, that since the appeal herein was perfected the appellant duly appeared before said grand jury and gave testimony, and thereby purged himself of said contempt. This being true, there is no further need for action herein, and it is moved that this appeal be dismissed. The state's motion to dismiss the appeal is granted.

---

KINGSTON v. STATE. (No. 6805.) (Court of Criminal Appeals of Texas. Jan. 18, 1922.) Appeal from District Court, Cass County; Hugh Carney, Judge. Charlie Kingston was convicted of murder, and he appeals. Dismissed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Conviction is for murder; punishment fixed at confinement in the penitentiary for a period of six years. The appellant, by a motion in writing, duly verified, seeks to withdraw his appeal. The motion is granted, and the appeal is dismissed

---

LANE v. STATE. (No. 6633.) (Court of Criminal Appeals of Texas. Jan. 25, 1922.) Appeal from District Court, Stephens County; C. O. Hamlin, Judge. Tom Lane was convicted of robbery, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. The conviction is for robbery. There is neither statement of facts nor bill of exceptions. The indictment is regular; no fundamental error is revealed. The judgment is affirmed.

---

APPLEWHITE v. SILVEY. (No. 2460.) (Court of Civil Appeals of Texas. Texarkana. Nov. 24, 1921. Rehearing Denied Jan. 26, 1922.) Error from Cherokee County Court; C. F. Gibson, Judge. Suit by D. T. Applewhite against A. D. Silvey, in which defendant sued in reconvention. Judgment for plaintiff for only the amount defendant admitted to be due, and for defendant on his plea in reconvention, and plaintiff brings error. Affirmed. Harris & Harris, of Nacogdoches, and D. C. Cariker and Henry N. Nelson, both of Carthage, for plaintiff in error. Norman, Shook & Gibson, of Rusk, for defendant in error.

HODGES, J. The plaintiff in error, Applewhite, sued the defendant, A. D. Silvey, in the court below to recover a judgment for rents and advances. Defendant answered by pleading payment of all except a balance of $18.35, which was tendered into court, and which he alleged to have been tendered to plaintiff prior to the suit, and refused by him. Defendant in error also sued in reconvention for damages resulting from the unlawful seizure of two bales of cotton and for injury to his business standing and credit. In a trial before a jury a judgment was rendered in favor of the plaintiff in error for $18.35, the amount tendered into court, and in favor of the defendant in error for $250 as actual damages and $100 as exemplary damages. We are of the opinion that the evidence is sufficient to sustain the finding of the jury, and that the case was properly disposed of, and the judgment is accordingly affirmed.

## On Motion for Rehearing.

In response to a motion for a rehearing which was filed after the expiration of the time limit prescribed by the rules, we have again carefully examined the record in this case. The issues presented were issues of fact only. The testimony was in some respects conflicting. No good purpose could be subserved by any extended discussion of those questions of fact. We think the judgment was supported by the evidence, the verdict of the jury, and the findings which the court itself might have made. The motion will therefore be overruled.